AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | Case No.   3:26-mj-00052-2 |
| ▉▉▉▉▉▉ | ) | |
| JINGHAI ZHANG, | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     June 19, 2025 to March 11, 2026     in the county of     Clackamas and elsewhere     in the

District of         Oregon         , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846 | Conspiracy to possess with intent to distribute and distribute Schedule I controlled substances (3,4-Methylenedioxymethamphetamine, and butane hash oil). |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

```
                                          /s/ Corey Shannahan by Phone
                                          ─────────────────────────────
                                              Complainant's signature

                                          Corey Shannahan, Special Agent, DEA
                                          ─────────────────────────────
                                               Printed name and title
```

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at     7:10    (a.m.)/p.m.

Date:         03/13/2026

```
                                          /s/ Stacie Beckerman
                                          ─────────────────────────────
                                               Judge's signature
```

City and state:         Portland, Oregon              Hon. Stacie F. Beckerman, U.S. Magistrate Judge
                                                      ─────────────────────────────
                                                           Printed name and title

DISTRICT OF OREGON, ss:              AFFIDAVIT OF COREY SHANNAHAN

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Corey Shannahan being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been employed as a Special Agent by the Drug Enforcement Administration (DEA) since January of 2022. My current assignment is at the Portland District Office where I am assigned to a DEA federal task force. My formal education includes a Bachelor of Arts in Finance. My formal law enforcement training includes successfully completing the 17-week DEA basic training course at the DEA academy in Quantico, Virginia, followed by 16 weeks of DEA field training in Portland, Oregon. During my field training, I participated in multiple drug investigations involving controlled purchase operations, interdiction, vehicle tracking, cell phone geo-location techniques, pen register/trap and trace orders, and Title III wiretaps. I have interviewed and operated informants, executed search warrants, arrested and interviewed subjects involved in the smuggling and distribution of narcotics, conducted physical surveillance, and utilized electronic and video surveillance. Prior to becoming a Special Agent, I investigated tax evasion and financial fraud for eight years while employed as a Revenue Agent for the Washington State Department of Revenue. I have also worked with and consulted numerous agents and law enforcement officers who have investigated drug trafficking offenses. As a Special Agent, I have participated in multiple drug investigations as either a case agent or as a supporting investigative agent, including in Title III wiretap

**Affidavit of Special Agent Corey Shannahan**                                    Page 1

detectable amount of a Schedule I controlled substance, such as MDMA and BHO, and to conspire to do so.

## Statement of Probable Cause

### *Background of the Investigation*

5.     Agents and officers comprising a multiagency narcotics task force comprised of Investigators with the Drug Enforcement Administration ("DEA") led federal task force D-51, Oregon State Police, Clackamas County Interagency Task Force, the Westside Interagency Narcotics Task Force, Portland Police Bureau, and the Federal Bureau of Investigations (hereinafter collectively referred to as "Investigators") are investigating a Drug Trafficking Organization ("DTO") with cells operating in multiple U.S. states and Canada. The multi-cell organization is involved in the importation, transportation, and wholesale distribution of sizeable quantities of black-market marijuana (including BHO) and MDMA, Schedule I controlled substances, as well as associated money laundering and bulk cash smuggling activities. Per information and intelligence obtained through seizures, tips from other DEA investigations, and undercover operations, this DTO grows bulk quantities of illicit marijuana and imports precursor chemicals for MDMA from Canada into the United States through ports of entries along the United States – Canada international border and smuggles bulk cash into Canada and China from the United States. Thus far, Investigators have seized, through undercover operations, approximately 5 kilograms of marijuana distillate and over 300 grams of MDMA tablets from the DTO.

6.     In the summer of 2025 Investigators were informed by DEA North Carolina that DEA had been given unverified information regarding the company "CBD 99." Investigators learned that CBD 99 advertised itself as selling THC-free CBD products and being based in

Sandy, Oregon. As detailed below, Investigators learned the individuals associated with CBD 99 were also engaged in the sale of illicit THC laden products, like butane hash oil (BHO). Investigators located a website for CBD 99 and saw that the website listed the number XXX-XXX-2654 ("Suspect Phone-2654, or SP-2654") as a way to contact them and listed ███████ ██ as associated with the company.

███ █ *2022:* ██ *is arrested in Canda with SP-2654*

7.    On June 30, 2022, ███ was arrested for importation of a controlled substance in Canada from China. During this arrest, ███ was in possession of a cellphone using SP-2654. Also in her possession were CBD99 business cards showing her name, title as director chief scientist, an address of 20232 Veneer Lane Sandy, OR, and SP-2654 on the cards.

████████████████████████████

8.    On June 19, 2025, ████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
██████████████████████████
██████████████████████████
███████████████.

9.    ██████████████████████
████████████████████████████
██████████.

10.    ██████████████████████
████████████████████████████

investigations. I am familiar with investigations of Drug Trafficking Organizations (hereinafter, "DTOs"), including identifying methods of importation and distribution of controlled substances, and how controlled substances are manufactured, consumed, packaged, marketed, smuggled, and distributed. I am also familiar with various tactics used by DTOs to import drugs into the United States, communicate with members of the DTOs, and arrange for transportation and distribution of drugs.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for two subjects: ██████ ██ ██"██████ and **Jinghai ZHANG ("ZHANG")** for committing the offense of conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of a Schedule I controlled substance, to wit: 3,4-Methylenedioxymethamphetamine (MDMA), and butane hash oil (BHO) in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846.

3.      This affidavit is intended only to show that there is sufficient probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4.      Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846 make it illegal to distribute and possess with intent to distribute a mixture or substance containing a



11.

12.

13.

14. ████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████

███████████████████████████

15. ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████

16. ██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████

17.    ███████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

█████ ***ZHANG Ships Order to Idaho***

18.    ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████

19.    ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████

20.    ███████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

**Affidavit of Special Agent Corey Shannahan**                                    Page 7

21. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████

22.     On July 7, 2025, as pre-arranged by Investigators, USPS Inspectors intercepted a package sent by **ZHANG**. This package was addressed to a ███ in Boise Idaho and featured **ZHANG**'s name and the Laboratory as the return address. USPS Inspectors intercepted this package at the post office in Boise, Idaho when it arrived and transferred custody of the BHO from Boise, Idaho to the Oregon State Police.  Oregon State Police again found that the BHO contained Delta 9 THC.

████████████████████████████████

23. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

24. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

25. ████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████

26.    █████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████

27.    █████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████ Grow 1 contained over 500 indoor marijuana

plants. **ZHANG** told ███ that **ZHANG** could sell pounds of this marijuana for $300 to $500.



28. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

29. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

30. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

31. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

32. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮



### *August 2025- March 2026 Continued Communications with ZHANG and Controlled Purchases*

33.    Between August 2025 and March of 2026, ███ maintained their relationship with ███ ███ and **ZHANG**, ████████ four controlled purchases of controlled substances (BHO and/or MDMA).

34.    On February 24, 2026, ███ called **ZHANG** via SP-6689 and asked to purchase ███ MDMA tablets. **ZHANG** agreed to meet ███ at the Laboratory.  At the Laboratory **ZHANG** showed ███ a black trash bag that contained a pound of MDMA tablets. From this pound **ZHANG** counted out ███ tablets for ███ The tablets were later weighed and tested and found to be 68.2 gross grams (including packaging) and per field tests contained MDMA, a Schedule I controlled substance.

35.    **ZHANG** told ███ that a full pound of MDMA tablets would cost ███ $3,000. As ███ continued to ask questions about the process of creating MDMA, **ZHANG** showed ███ metal drying racks and other laboratory equipment that **ZHANG** stated were used in the process of manufacturing MDMA. **ZHANG** told ███ that **ZHANG** and his partners separated the process of creating MDMA across several different buildings. **ZHANG** stated that the MDMA was being pressed into tablets in another building nearby.

36.    On February ███ 2026, ███ again messaged **ZHANG** via SP-6689 and asked to purchase ███ MDMA tablets and **ZHANG** ████████ to meet **ZHANG** at the Laboratory. Once there **ZHANG** again removed a black garbage bag and showed ███ approximately one pound of MDMA tablets. **ZHANG** counted out seven bags that he stated contained 100 tablets each. **ZHANG** weighed these and showed ███ that 700 tablets weighed out to a pound. **ZHANG** told ███ this would be $███ and ███ provided government funds in exchange for the tablets.

The tablets were later weighed and tested and found to be 525.8 gross grams (includes packaging materials), and field tested positive for containing MDMA, a Schedule I controlled substance.



████████████████████████████████

37.    ██████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

### *March 11, 2026: Execution of Search Warrants*

38.    On March 6, 2026, Investigators obtained warrants to search **ZHANG**'s residence, **ZHANG**'s laboratory, and three of the involved Marijuana grow sites, and the residence of one of **ZHANG**'s co-conspirators. That same day the Honorable Judge Russo signed these warrants into effect.

39.    On March 11, 2026, Investigators executed these warrants.  In **ZHANG**'s residence Investigators located numerous glass jars with blue lids containing what appeared to be BHO.  These jars are identical to the jars **ZHANG** had given ██ during the previous controlled

purchases of BHO.  The substance in these jars has not been tested; however, investigators noted the substance in these jars appears the same as the substance purchased from **ZHANG**, which did contain Delta 9 THC as described above.  Investigators weighed one of the jars filled with suspected BHO and found it to weigh approximately 1.6 kilograms.  The jars containing BHO were located inside several boxes and weighed together.  The total weight was approximately 62 kilograms.  Based on the weight of the jars themselves, and the boxes, Investigators estimated there to be approximately 35 to 40 kilograms of actual substance inside the jars.  Investigators maintained one jar for analysis.  The remaining substance was destroyed.  Some of these jars are depicted in the photographs below.

 

40.     Investigators also located syringes with suspected BHO that were being used to fill individual vape cartridges in **ZHANG**'s residence along with a heat sealer, a large amount of shipping receipts and postal boxes. Investigators also located approximately one kilogram of a powdery substance.  Investigators performed field tests on this substance which provided presumptive positive results for MDMA.

41.     On March 11, 2026, Investigators also executed a search warrant at the Laboratory.  Inside a room in the Laboratory, Investigators located approximately 1 kilogram of a powdery substance.  Investigators performed field tests on this substance which provided

presumptive positive results for MDMA.  Investigators also located numerous glass jars with blue lids containing a substance identical to the jars described above taken from **ZHANG**'s residence.  Investigators weighed all the jars together contained in a few boxes.  The total weight was approximately 48 kilograms.  Based on the weight of the jars themselves, and the boxes, Investigators estimated there to be approximately 25 to 30 kilograms of actual substance inside the jars.  Investigators maintained one jar for analysis.  The remaining substance was destroyed. Below are images of the soft gel tablets and BHO taken during the search warrants. Based on this investigation, prior seizures, and post-arrest statements, Investigators believe these contain THC, and are waiting for lab results to confirm.

 

***March 11, 2026: Investigators Interview ZHANG's Business Partner***

42.      During the course of the investigation, Investigators identified an individual residing in the Portland Oregon area who was involved in multiple businesses associated to **ZHANG** and ▇▇▇ This business partner (Portland Partner One) owned several marijuana businesses operating near **ZHANG**'s laboratory. On March 11, 2026, Portland Partner One's

residence and business properties were also searched pursuant to federal search warrants as part of this investigation.

43.     Portland Partner One agreed to speak to Investigators about their business relationship with **ZHANG**. Portland Partner One recognized a photo of **ZHANG** and indicated that Portland Partner One sold **ZHANG** trimmings from Portland Partner One's marijuana farms. Portland Partner One claimed that **ZHANG** had used Portland Partner One, and that **ZHANG** claimed to be an authorized marijuana processor. Portland Partner One later admitted that Portland Partner One transferred marijuana trimmings to **ZHANG** without logging the transaction in compliance with OLCC regulations. Portland Partner One stated that **ZHANG** would pay $10 a pound for marijuana trimmings, but would pay occasionally with BHO.

### *ZHANG's Post-Arrest Statements*

44.     After advising **ZHANG** of his *Miranda* rights, Investigators interviewed **ZHANG**.  This was done using Mandarin-speaking translators. After signaling that he understood his rights, **ZHANG** agreed to speak with investigators.

45.     **ZHANG** was shown an image of Portland Partner One. **ZHANG** stated **ZHANG** stored marijuana for Portland Partner One at the Laboratory. **ZHANG** said he last made BHO a year ago at Portland Partner One's request and that **ZHANG** showed Portland Partner One how to use the equipment.

46.     ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████ ██████

████████████████████████████████████████ ██████

████████████████████

## Conclusion

47.      I believe that **ZHANG** and ████ possessed with intent to distribute and conspired

to distribute Schedule I controlled substances, to wit: MDMA and BHO. Therefore, I believe that

**ZHANG** and ████ have committed violations of the Target Offenses.

48.      Prior to being submitted to the Court, this affidavit, the accompanying complaint

and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Paul

Maloney, and AUSA Maloney advised me that in his opinion the affidavit and complaint are

legally and factually sufficient to establish probable cause to support the issuance of the

requested criminal complaint and arrest warrants for both **ZHANG** and ████

## Request for Sealing

49.      It is respectfully requested that the Court issue an order sealing, until further order

of the Court, all papers submitted in support of the requested criminal complaint and arrest

warrant. I believe that sealing these documents is necessary because the information to be seized

/ / /

/ / /

/ / /

**Affidavit of Special Agent Corey Shannahan**                                                    Page 16

is relevant to an ongoing investigation, and any disclosure of the information at this time is likely

to seriously jeopardize the ongoing investigation. Premature disclosure of the affidavit, the

criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.


*/s/ Sworn to by telephone*
*In accordance with Fed. R. Crim. P. 4.1*

Corey Shannahan
DEA Special Agent

Sworn to by telephone at ___7:10___ a.m./p.m. this ___13th___ day of March —, 2026 in

accordance with Fed. R. Crim. P. 4.1.


HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge